JULY 3, 2015

TO LOUISE PESRSON,
HONORABLE CLERK OF THE
COURT OF CRIMINAL APPEALS
P.O. BOX 12308

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JUL 09 2015

Abel Acosta, Clerk

RE: 11-10-10814-1-CR; CASTILLO V STATE

This letter is regarding the enclosed letter that was sent to me by the trial court clerk informing me that the records from the aboved cause number was sent to this court on May 6 2015. I recently sent a letter to this court, which I asked the court to return my records, and 11.07 application to the trial court and to order the court to do a finding and conclusion of law on my ineffective assistance of counsel claims, because the court failed to resolve that issue, the court also failed to inform me of the states finding's, to allow me the right to object, nor was I informed by the court that any action had been taken on my 11.07 application, so could you please bring this to the attention of the court and as that this action be sent back to the state habeas court to do a finding on the unresolved issues.

THANKING YOU IN ADVANCE,

JOHNNY CASTILLO #1874460
ALLEN POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351

(1)-of-(1)